IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mirabahn Cairobe, § § Plaintiff § § vs. § § Zwicker & Associates, P.C., § § Defendant § | Case No. 1:23-cv-00486-CAP-JKL |

## DECLARATION OF MANUEL H. NEWBURGER

I, the undersigned Manuel H. Newburger, make this declaration under penalty of perjury and state the following:

My name is Manuel H. Newburger. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I am one of the attorneys for Defendant Zwicker & Associates, P.C. ("Zwicker"), and in that capacity I have personal knowledge of the matters set forth in this declaration.

I have been licensed to practice law in Texas since 1983, and throughout that time I have handled consumer protection litigation, including cases under the FDCPA. For twenty-four years, from 1999 to 2022, I taught consumer protection law (including FDCPA law) at the University of Texas School of Law. I am licensed

to practice law in Texas, Colorado, Massachusetts, and Wisconsin, and in addition to my admissions in over twenty federal districts I am admitted to practice before the United States Supreme Court and the United States Courts of Appeals for the First through Eleventh and DC Circuits. I am board certified as a specialist in consumer and commercial law by the Texas Board of Legal Specialization.

I have represented Zwicker for over thirty years. As a result of my background and experience I serve as Zwicker's national defense counsel in consumer law matters. This Declaration is intended to supplement my testimony during the July 25, 2024 hearing. As I indicated in that hearing, my reasonable fees and costs in this case, through the creation of defendant's Hearing Exhibit 6, totaled $69,398.70.

The accompanying Exhibit A is a true report of my time and expenses since the creation of Defendant's Hearing Exhibit 6. That report is a record of my regularly conducted business activity regarding his case. That report is a printout of timeslip records maintained in my firm's Centerbase system. Those records were created by a person with knowledge of the matters described therein, and they were created at or near the time of the events that they describe. They were made and kept in the ordinary course of business, and it is part of the regular course of business of my firm to make and keep such records.

From the creation of Defendant's Hearing Exhibit 6 through the time of creation of the accompanying Exhibit A I incurred an additional $7,306.67 in fees and expenses. Thus, the grand total of fees and costs that defendant seeks in this case is $76,705.37. Such fees and costs are reasonable, necessary, usual, and customary.

The foregoing matters are, within my personal knowledge, true and correct.

Signed this 4th day of September, 2024.

/s/ <u>Manuel H. Newburger</u>
Manuel H. Newburger

**Exhibit A**



# BARRON & NEWBURGER, P.C.

7320 N. Mopac Expy Ste 400
Greystone II
Austin, TX 78731
512-476-9103
www.bn-lawyers.com
Tax Identification No. 74-2400211
BNPC Account #: 14156.307MN

**Zwicker & Associates PC**
Paul W. Zwicker, Esq., President

# Exhibit B

*Re: Invoice for Cairobe, Mirabahn-Zwicker & Associates PC*

**Time**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/19/2024 | | | | |
| 7/19/2024 | MNEWBURGER | Reviewed and redacted billing history. | 0.40 | $160.00 |
| **TotalHours** | | | **0.40** | **$160.00** |
| 7/22/2024 | | | | |
| 7/22/2024 | MNEWBURGER | Work on questions for hearing. | 1.80 | $720.00 |
| **TotalHours** | | | **1.80** | **$720.00** |
| 7/24/2024 | | | | |
| 7/24/2024 | MNEWBURGER | Travel to Atlanta for hearing. | 3.90 | $1,560.00 |
| 7/24/2024 | MNEWBURGER | Finished hearing prep. | 1.90 | $760.00 |
| **TotalHours** | | | **5.80** | **$2,320.00** |
| 7/25/2024 | | | | |
| 7/25/2024 | MNEWBURGER | Final prep with Keith and Paul on the way to the courthouse and waiting for the hearing. | 0.80 | $320.00 |
| 7/25/2024 | MNEWBURGER | Sanctions hearing. | 2.10 | $840.00 |
| 7/25/2024 | MNEWBURGER | Travel home. | 4.40 | $1,760.00 |
| **TotalHours** | | | **7.30** | **$2,920.00** |
| 7/26/2024 | | | | |
| 7/26/2024 | MNEWBURGER | Call to Paul to report on the sanctions hearing. | 0.20 | $80.00 |
| **TotalHours** | | | **0.20** | **$80.00** |
| 7/31/2024 | | | | |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/31/2024 | MNEWBURGER | Preliminary work on proposed finding and conclusions. | 0.50 | $200.00 |
| **TotalHours** | | | **0.50** | **$200.00** |
| 8/20/2024 | | | | |
| 8/20/2024 | MNEWBURGER | Finished first draft of findings of fact and conclusions of law. | 1.70 | $680.00 |
| **TotalHours** | | | **1.70** | **$680.00** |
| 8/23/2024 | | | | |
| 8/23/2024 | MNEWBURGER | Conversation with Plaintiff. She wants to pay za's fees and costs at $700/month. | 0.20 | $80.00 |
| 8/23/2024 | MNEWBURGER | Conversation with Paul re: Cairobe's payout proposal. | 0.20 | $80.00 |
| **TotalHours** | | | **0.40** | **$160.00** |
| **Time SubTotal** | | | **18.70** | **$7,240.00** |

**Additional Charges**

| Date | Description | Charges |
|---|---|---|
| 7/24/2024 | Uber fare to airport for Cairobe sanctions hearing. | $36.74 |
| 7/24/2024 | Uber fare from airport to hotel for Cairobe hearing. | $29.93 |
| **Additional Charges Total** | | **$66.67** |

|  |  |
|---|---|
| Total New Charges | $7,306.67 |
| Previous Balance | $0.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| MNEWBURGER | 18.10 | $400.00 | $7,240.00 |