IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Mirabahn Cairobe, | § § § § | |
| Plaintiff | | |
| vs. | § § § § § § § | Case No. 1:23-cv-00486-CAP-JKL |
| Zwicker & Associates, P.C., | | |
| Defendant | | |

## **NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

On October 29, 2024, judgment in the amount of $76,705.37 was entered in favor of Defendant Zwicker & Associates, P.C.

Plaintiff's former law firm, Credit Repair Lawyers of America, has paid $45,000 to Defendant in partial satisfaction of its fees and costs in this matter. As a result, and in accordance with the Court's order of October 29, 2024 (Doc. 83), Defendant and judgment creditor Zwicker & Associates, P.C. hereby gives notice that the judgment (Doc. 84) has been **partially** satisfied in the amount of $45,000.00. There remains due and owing from Plaintiff Mirabahn Cairobe $31,705.37 on the judgment.

Dated this 14th day of November, 2024.

Respectfully submitted,

ZWICKER & ASSOCIATES, P. C.

By its Attorneys,

/s/ <u>Manuel H. Newburger</u>
Manuel H. Newburger
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4022
Fax: (512) 279-0310
mnewburger@bn-lawyers.com

Keith D. Taylor, Esq.      GA Bar # 141357
3505 Koger Boulevard, Suite 125
Duluth, GA 30096
Telephone: (678) 924-9644
Facsimile: (678) 924-9652
Email: GeorgiaLtigation@Zwickerpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2024, a true copy of the foregoing was served on Plaintiff via email.

/s/   <u>Manuel H. Newburger</u>
      Manuel H. Newburger